

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-15-00648-CR and 04-15-00649-CR

Antoine D. **HENDERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10023 and 2012CR6073
Honorable Mary D. Roman, Judge Presiding

# O R D E R

In the interest of the efficient administration of the court's docket, we **order** Appeal Nos. 04-15-00648-CR and 04-15-00649-CR consolidated. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal.

However the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in each appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

The record in these appeals is complete. We order appellant's brief in the consolidated appeals due **December 17, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2015.

Keith E. Hottle
Clerk of Court